**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-128-WYD-PAC

REGINALD ROBINSON and
NOORA KUUSIVUORI,

    Plaintiffs,

vs.

MICHEAL L. ACREE, in his official capacity as DOUGLAS COUNTY SHERIFF,
OFFICER SCOTT THOMS, personally and in his capacity as an Officer of the Douglas County Sheriff's Office;
OFFICER DAN POTTER, personally and in his capacity as an Officer of the Douglas County Sheriff's Office,
SERGEANT CRAIG BRINKWORTH, personally and in his capacity as an Officer of the Douglas County Sheriff's Office;
JOHN DOE, personally and in his capacity as an agent and victim advocate of the Douglas County Sheriff,

    Defendants.

_____

**MOTION TO WITHDRAW AS COUNSEL**
_____

    **BENJAMIN P. ECKHART,** co-counsel of record for Defendants, **MICHEAL L. ACREE**, **SCOTT THOMS**, **DAN POTTER**, and **CRAIG BRINKWORTH** (hereinafter "Defendants"), pursuant to D.C.COLO.LCivR 83.3(D), hereby moves to withdraw as counsel in this matter.

    **AS GROUNDS THEREFOR,** counsel states:

    1.    Mr. Eckhart is currently an associate attorney with Senter Goldfarb & Rice, L.L.C. Mr. Eckhart will be terminating his employment with Senter Goldfarb & Rice, L.L.C.,

effective September 23, 2005.  As a result, good cause exists to allow Mr. Eckhart to withdraw as counsel in this case.

      2. Defendants will continue to be represented by Sonja S. McKenzie of Senter Goldfarb & Rice, L.L.C., who is co-counsel of record.  As a result, Defendants will not be prejudiced by the withdrawal of Mr. Eckhart.

      3. Pursuant to D.C.COLO.LCivR 83.3(D), a copy of this motion is being served on Defendants, by their attorneys, **SONJA S. MCKENZIE** and **BENJAMIN P. ECKHART** of the law firm **SENTER GOLDFARB & RICE, L.L.C.**, by U.S. Mail.

      **WHEREFORE,** the undersigned requests that the Court find that good cause exists to allow Mr. Eckhart to withdraw as counsel in this matter and enter an Order allowing Mr. Eckhart to withdraw his appearance as counsel of record.

Respectfully submitted,

**SENTER GOLDFARB & RICE, L.L.C.**

/s  Benjamin P. Eckhart
*Benjamin P. Eckhart*
1700 Broadway, Suite 1700
Denver, Colorado 80290
Telephone:  (303) 320-0509
Facsimile:  (303) 320-0210
E-Mail:  beckhart@sgrllc.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of September, 2005, a true and correct copy of the above and foregoing **MOTION TO WITHDRAW AS COUNSEL** was placed in the U.S. Mail, first class postage pre-paid, addressed to:

Robert J. Corry, Jr., Esq.
CORRY & FELLOWS, LLP
600 17th Street
Suite 2800 South Tower
Denver, Colorado 80202

        s/ Stephanie Nelson
        *Stephanie Nelson*
        E-mail: snelson@sgrllc.com
        Secretary for Attorney Benjamin P. Eckhart

00197153