**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-128-WYD-PAC

REGINALD ROBINSON and
NOORA KUUSIVUORI,
    Plaintiffs,

vs.

MICHEAL L. ACREE, in his official capacity as DOUGLAS COUNTY SHERIFF,
OFFICER SCOTT THOMS, personally and in his capacity as an Officer of the Douglas County Sheriff's Office;
OFFICER DAN POTTER, personally and in his capacity as an Officer of the Douglas County Sheriff's Office,
SERGEANT CRAIG BRINKWORTH, personally and in his capacity as an Officer of the Douglas County Sheriff's Office;
JOHN DOE, personally and in his capacity as an agent and victim advocate of the Douglas County Sheriff,

    Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

**THIS MATTER**, having come before the Court, the Court having reviewed the Motion to Withdraw as Counsel and the file, having considered said motion, and being fully advised in the premises, the Court hereby

**FINDS THAT** good cause exists for the Motion to Withdraw as Counsel and **ORDERS** that the Motion to Withdraw as Counsel is **GRANTED**. Benjamin P. Eckhart is permitted to withdraw as counsel of record in this matter. Sonja S. McKenzie will continue to represent **MICHEAL L. ACREE**, **SCOTT THOMS**, **DAN POTTER**, and **CRAIG BRINKWORTH** as counsel of record.

Dated this _____ day of _____, 2005.

BY THE COURT:

_____
District Court Judge Wiley Y. Daniel