IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00128-WYD-PAC

REGINALD ROBINSON; and
NOORA KUUSIVUORI,

    Plaintiff(s),

v.

MICHEAL L. ACREE, in his official capacity as DOUGLAS COUNTY SHERIFF; OFFICER SCOTT THOMS, personally and in his capacity as an Officer of the Douglas County Sheriff's Office; OFFICER DAN POTTER, personally and in his capacity as an Officer of the Douglas County Sheriff's Office; SERGEANT CRAIG BRINKWORTH, personally and in his capacity as an Officer of the Douglas County Sheriff's Office; JOHN DOE, personally and in his capacity as an agent and victim advocate of the Douglas County Sheriff,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion to Withdraw as Counsel by Benjamin P. Eckhart, co-counsel of record for Defendants, (filed September 23, 2005) is **GRANTED**. The Court finds that good cause exists to allow Mr. Eckhart to withdraw as counsel of record in this case. Counsel Sonja S. McKenzie will continue to represent Defendants as counsel of record.

Dated:  September 26, 2005

                                            s\ Sharon Shahidi
                                            Law Clerk to
                                            Wiley Y. Daniel
                                            U.S. District Court