**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-CV-128-WYD-PAC

REGINALD ROBINSON and
NOORA KUUSIVUORI,

     Plaintiffs,

vs.

MICHEAL L. ACREE, in his official capacity as DOUGLAS COUNTY SHERIFF,
OFFICER SCOTT THOMS, personally and in his capacity as an Officer of the Douglas County Sheriff's Office;
OFFICER DAN POTTER, personally and in his capacity as an Officer of the Douglas County Sheriff's Office,
SERGEANT CRAIG BRINKWORTH, personally and in his capacity as an Officer of the Douglas County Sheriff's Office;
JOHN DOE, personally and in his capacity as an agent and victim advocate of the Douglas County Sheriff,

     Defendants.

---

**DEFENDANTS' DEPOSITION SCHEDULE**

---

Defendants, **MICHEAL L. ACREE**, **SCOTT THOMS**, **DAN POTTER**, and **CRAIG BRINKWORTH**, by and through their attorney, **SONJA S. MCKENZIE** of **SENTER GOLDFARB & RICE, L.L.C.**, and pursuant to the Scheduling Order entered in this case hereby submit Defendants' deposition schedule as follows:

    1.    On June 2, 2005, a Scheduling Conference was held before Magistrate Judge Coan during which the parties were ordered to submit a deposition schedule by September 1, 2005.

2. After numerous communications with Plaintiffs' attorney, including telephone calls, letters, and e-mail correspondence, the deposition of Plaintiffs have finally been set as indicated below:

- Defendant Reginald Robinson – November 2, 2005;
- Defendant Noora Kuusivuori (with a Finnish translator) – November 22, 2005.

3. By agreement of the parties, these depositions will take place at the office of undersigned counsel.

4. Defendants respectfully request that the Scheduling Order in this matter be amended to reflect these depositions.

5. In light of the date of these depositions, the Defendants will not be prepared to proceed with the settlement conference on October 28, 2005.

Respectfully submitted,

s/ Sonja S. McKenzie
Sonja S. McKenzie
**SENTER GOLDFARB & RICE, L.L.C**.
1700 Broadway, Suite 1700
Denver, Colorado 80290
Telephone: (303) 320-0509
Facsimile: (303) 320-0210

*Attorney for Defendants Micheal Acree, Dan Potter, Scott Thoms, and Craig Brinkworth*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of October, 2005, I electronically filed a true and correct copy of the above and foregoing **DEFENDANTS' DEPOSITION SCHEDULE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

    Robert J. Corry, Jr., Esq.
    robert@Corryand Fellows.com

    s/ Barbara A. Ortell
    Barbara A. Ortell
    E-mail:  bortell@sgrllc.com
    Secretary for Attorney Sonja S. McKenzie

3

00196078.DOC