**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-128-WYD-PAC

REGINALD ROBINSON and
NOORA KUUSIVUORI,

    Plaintiffs,

vs.

MICHEAL L. ACREE, in his official capacity as DOUGLAS COUNTY SHERIFF,
OFFICER SCOTT THOMS, personally and in his capacity as an Officer of the Douglas County Sheriff's Office;
OFFICER DAN POTTER, personally and in his capacity as an Officer of the Douglas County Sheriff's Office,
SERGEANT CRAIG BRINKWORTH, personally and in his capacity as an Officer of the Douglas County Sheriff's Office;
JOHN DOE, personally and in his capacity as an agent and victim advocate of the Douglas County Sheriff,

    Defendants.

---

**UNOPPOSED MOTION TO RESET SETTLEMENT CONFERENCE**

---

    Defendants, **MICHEAL L. ACREE**, **SCOTT THOMS**, **DAN POTTER**, and **CRAIG BRINKWORTH**, by and through their attorney, **SONJA S. MCKENZIE** of **SENTER GOLDFARB & RICE, L.L.C.**, hereby file this Unopposed Motion requesting that the Court vacate the Settlement Conference before Magistrate Judge Coan currently set for October 28, 2005.

    **AS GROUNDS THEREFOR**, Defendants state as follows:

    1.    After numerous communications amongst counsel, the depositions of Plaintiffs were finally set for October 18, 2005 for Mr. Robinson and October 20, 2005 for

Ms. Kuusivuori. [See Exhibit A.] Shortly after those depositions were noticed in on September 19, 2005, undersigned counsel, Sonja S. McKenzie, received notification from Magistrate Judge Coan in another matter, namely, *Evers v. The Regents of the University of Colorado, et al.*, Civil Action No. 04-cv-2028-PSF-PFC ("*Evers* matter"), that the Court was scheduling a Final Pretrial Conference in the *Evers* matter on October 18, 2005, and a motions hearing on October 20, 2005. As a result, undersigned counsel immediately communicated with counsel for Plaintiffs that it would probably be necessary to re-schedule the depositions of Plaintiffs Robinson and Kuusivuori. Counsel for Plaintiffs did not respond to the multiple inquiries regarding the possible need to reschedule the depositions for a month.

2. Subsequently, the Final Pretrial Conference set for October 18, 2005 in the *Evers* matter was vacated by this Court. As a result, undersigned counsel advised counsel for Plaintiffs that they were prepared to proceed with Mr. Robinson's deposition on October 18, 2005, given the lack of response to the requests to reschedule. [The Notice of Deposition for Mr. Robinson had never been withdrawn, nor had undersigned counsel ever formally cancelled the deposition; rather, we merely advised counsel for Plaintiffs of the conflict.]

3. The motions hearing in the *Evers* matter is still scheduled to proceed before this Court on October 20, 2005. As a result, undersigned counsel had suggested to counsel for Plaintiffs that Ms. Kuusivuori's deposition occur during the afternoon of October 20, 2005.

4. Finally, on or about October 12, 2005, weeks after these issues first arose and just days prior to Mr. Robinson's deposition, counsel for Plaintiff responded to the various inquiries and indicated that he had already scheduled other matters for October 18, 2005 and October 20, 2005, and indicated that he was not prepared to proceed with the Plaintiffs' depositions on those

2

dates. [See Exhibit B.] This is the only response made by Plaintiffs' counsel to the multiple inquiries regarding the scheduling conflicts.

5. Due to these scheduling difficulties, the Plaintiffs' depositions have now been re-noticed for November 2, 2005 for Mr. Robinson,[1] and November 22, 2005 for Ms. Kuusivuori. Both of these dates are after the currently scheduled time for the Settlement Conference on October 28, 2005.

6. Defendants are not prepared to discuss settlement with Plaintiffs until their depositions are taken, particularly given that this is a case which is driven by witness testimony as opposed to documentation. Thus, Defendants would respectfully request that the Settlement Conference in this matter be rescheduled sometime after Ms. Kuusivuori's deposition on November 22, 2005.

7. As required by D.C.COLO.LCivR 7.1(A), undersigned counsel called and left a message for counsel for Plaintiffs by telephone on October 18, 2005 to discuss the proposed continuance of the Settlement Conference. Given the ongoing difficulties in reaching counsel for Plaintiffs, a follow-up written communication was faxed to counsel for Plaintiffs on October 19, 2005. On the morning of October 21, 2005, counsel for Plaintiffs left a voice mail indicating that Plaintiffs would stipulate to this Motion.

8. Pursuant to D.C.COLO.LCivR 6.1(C), no prior continuances of the Settlement Conference have been requested by Defendants. The only other extension of time requested by

---

[1] Apparently, there is now a conflict with this date due to the fact that Mr. Robinson has a court appearance in another matter on November 2, 2005.

Defendants in this matter was a Motion for Extension of Time to file the initial Answer in this case.

9. To summarize, given the lack of substantive discovery which has occurred in this case, Defendants respectfully request that the Settlement Conference be rescheduled at such a time as when the depositions of the Plaintiffs are complete so that the Settlement Conference can be productive.

**WHEREFORE**, for the reasons stated herein, Defendants respectfully request that the court vacate the Settlement Conference currently scheduled for October 28, 2005, as that Settlement Conference will not be productive at this time given the fact that Plaintiffs' depositions have not yet taken place.

Respectfully submitted,

s/ Sonja S. McKenzie
Sonja S. McKenzie
**SENTER GOLDFARB & RICE, L.L.C**.
1700 Broadway, Suite 1700
Denver, Colorado 80290
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210

*Attorney for Defendants Micheal Acree, Dan Potter, Scott Thoms, and Craig Brinkworth*

4

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 24th day of October, 2005, I electronically filed a true and correct copy of the above and foregoing **MOTION TO RESET SETTLEMENT CONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

Robert J. Corry, Jr., Esq.
robert@Corryand Fellows.com

**I HEREBY CERTIFY** that on this 24th day of October, 2005, I mailed a true and correct copy of the above and foregoing **UNOPPOSED MOTION TO RESET SETTLEMENT CONFERENCE**, via U.S. Mail, first class postage prepaid, to the following:

| | |
|---|---|
| Kelly Dunnaway, Esq.<br>Assistant County Attorney<br>Office of the County Attorney<br>100 Third Street<br>Castle Rock, CO  80104 | Deputy Dan Potter<br>Douglas County Sheriff's Office<br>4000 Justice Way<br>Castle Rock, Colorado  80104 |
| Micheal L. Acree<br>Douglas County Sheriff's Office<br>4000 Justice Way<br>Castle Rock, Colorado 80109 | Sgt. Craig Brinkworth<br>Douglas County Sheriff's Office<br>4000 Justice Way<br>Castle Rock, Colorado  80104 |
| Scott Thoms<br>700 East Easton Avenue<br>Englewood, CO 80113 | |

s/ Barbara A. Ortell
Barbara A. Ortell
E-mail: bortell@sgrllc.com
Secretary for Attorney Sonja S. McKenzie

00200355.DOC