IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-128-WLD-PAC

REGINALD ROBINSON and
NOORA KUUSIVUORI,

    Plaintiffs,

vs.

MICHEAL L. ACREE, in his official capacity as DOUGLAS COUNTY SHERIFF,
OFFICER SCOTT THOMS, personally and in his capacity as an Officer of the Douglas County Sheriff's Office;
OFFICER DAN POTTER, personally and in his capacity as an Officer of the Douglas County Sheriff's Office,
SERGEANT CRAIG BRINKWORTH, personally and in his capacity as an Officer of the Douglas County Sheriff's Office;
JOHN DOE, personally and in his capacity as an agent and victim advocate of the Douglas County Sheriff,

    Defendants.

---

### NOTICE OF DEPOSITION OF NOORA KUUSIVUORI

---

**TO THE ABOVE NAMED PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that counsel for Defendants, **MICHEAL L. ACREE, SCOTT THOMS, DAN POTTER,** and **CRAIG BRINKWORTH,** by and through their attorneys, **SONJA S. MCKENZIE** and **BENJAMIN P. ECKHART** of **SENTER GOLDFARB & RICE, L.L.C.**, will take the deposition of **NOORA KUUSIVUORI** commencing on Thursday, October 20, 2005 beginning at the hour of 9:00 a.m. and continuing from day to day until completed.



EXHIBIT A

Said deposition will be taken at the offices of **SENTER GOLDFARB & RICE, L.L.C.**, 1700 Broadway, Suite 1700, Denver, Colorado 80290 before a certified shorthand reporter and notary public and pursuant to the Federal Rules of Civil Procedure.

Respectfully submitted,

*(signature)*
Sonja S. McKenzie

*(signature)*
Benjamin P. Eckhart
SENTER GOLDFARB & RICE, L.L.C.
1700 Broadway, Suite 1700
Denver, Colorado 80290
Telephone: (303) 320-0509
Facsimile: (303) 320-0210

*Attorneys for Defendants Micheal Acree, Dan Potter, Scott Thoms, and Craig Brinkworth*

## CERTIFICATE OF MAILING

**I HEREBY CERTIFY** that on the 15th day of September 2005, a true and correct copy of the above and foregoing **NOTICE OF DEPOSITION OF NOORA KUUSIVUORI** was mailed, via U.S. Mail, first class postage prepaid, to the following:

Robert J. Corry, Jr., Esq.
CORRY & FELLOWS, LLP
600 17th Street
Suite 2800 South Tower
Denver, Colorado 80202

Bruno Court Reporting
899 Logan Street
Suite 208
Denver, CO  80203

*Jenna Tetlow* (signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-128-WLD-PAC

REGINALD ROBINSON and
NOORA KUUSIVUORI,

    Plaintiffs,

vs.

MICHEAL L. ACREE, in his official capacity as DOUGLAS COUNTY SHERIFF,
OFFICER SCOTT THOMS, personally and in his capacity as an Officer of the Douglas County Sheriff's Office;
OFFICER DAN POTTER, personally and in his capacity as an Officer of the Douglas County Sheriff's Office,
SERGEANT CRAIG BRINKWORTH, personally and in his capacity as an Officer of the Douglas County Sheriff's Office;
JOHN DOE, personally and in his capacity as an agent and victim advocate of the Douglas County Sheriff,

    Defendants.

---

**NOTICE OF DEPOSITION OF REGINALD ROBINSON**

---

**TO THE ABOVE NAMED PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that counsel for Defendants, **MICHEAL L. ACREE, SCOTT THOMS, DAN POTTER, and CRAIG BRINKWORTH**, by and through their attorneys, **SONJA S. MCKENZIE** and **BENJAMIN P. ECKHART** of **SENTER GOLDFARB & RICE, L.L.C.**, will take the deposition of **REGINALD ROBINSON** commencing on Tuesday, October 18, 2005 beginning at the hour of 9:00 a.m. and continuing from day to day until completed.

Said deposition will be taken at the offices of **SENTER GOLDFARB & RICE, L.L.C.**, 1700 Broadway, Suite 1700, Denver, Colorado 80290 before a certified shorthand reporter and notary public and pursuant to the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Sonja S. McKenzie
Sonja S. McKenzie

/s/ Benjamin P. Eckhart
Benjamin P. Eckhart
**SENTER GOLDFARB & RICE, L.L.C.**
1700 Broadway, Suite 1700
Denver, Colorado 80290
Telephone: (303) 320-0509
Facsimile: (303) 320-0210

*Attorneys for Defendants Micheal Acree, Dan Potter, Scott Thoms, and Craig Brinkworth*

## CERTIFICATE OF MAILING

**I HEREBY CERTIFY** that on the 15th day of September 2005, a true and correct copy of the above and foregoing **NOTICE OF DEPOSITION OF REGINALD ROBINSON** was mailed, via U.S. Mail, first class postage prepaid, to the following:

Robert J. Corry, Jr., Esq.
CORRY & FELLOWS, LLP
600 17th Street
Suite 2800 South Tower
Denver, Colorado 80202

Bruno Court Reporting
899 Logan Street
Suite 208
Denver, CO  80203

*/s/ Jenna Tetlow*