# Robert J. Corry, Jr.
## Attorney at Law

600 Seventeenth Street
Suite 2800 South Tower
Denver, Colo. 80202
303-634-2244
Robert.Corry@comcast.net

**VIA FACSIMILE 303-320-0210**

October 12, 2005

Sonja S. McKenzie
Senter Goldfarb & Rice, LLC
1700 Broadway, Suite 1700
Denver, CO 80290

    Re:   **Robinson, et al. v. Acree, et al.**
               **U.S. District Court for Colorado No. 05-D-128 (PAC)**

Dear Ms. McKenzie:

    We received your recent fax regarding the deposition of Reginald Robinson being back on for October 18, 2005. As you recall, you had cancelled that date and October 20, 2005 because of an appearance you had in front of Magistrate Coan. Unfortunately, in the interim period after you cancelled, I had already rescheduled that day for a hearing in another case, in Los Angeles, California. We have purchased the airfare and hotel already, so it will be difficult to free up that date for the Robinson deposition. I am sorry my schedule is so tight.

    I am available on October 25, 2005, November 2, 2005, November 8, 2005, November 22-23, 2005, and December 8, 2005. Additionally, I have a two-day trial scheduled for October 31, 2005-November 1, 2005 that will likely settle, and I will know more about that by Friday. We should select some dates for my depositions as well.

    I assume the October 20, 2005 date is also still off for Noora's deposition, because I have scheduled a hearing that afternoon. I hope this does not inconvenience you too much. Thank you for your professional courtesy.

                                  Sincerely,

                                  Robert J. Corry, Jr.

EXHIBIT B