IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-128-WYD-PAC

REGINALD ROBINSON and
NOORA KUUSIVUORI,

    Plaintiffs,

vs.

MICHEAL L. ACREE, in his official capacity as DOUGLAS COUNTY SHERIFF,
OFFICER SCOTT THOMS, personally and in his capacity as an Officer of the Douglas County Sheriff's Office;
OFFICER DAN POTTER, personally and in his capacity as an Officer of the Douglas County Sheriff's Office,
SERGEANT CRAIG BRINKWORTH, personally and in his capacity as an Officer of the Douglas County Sheriff's Office;
JOHN DOE, personally and in his capacity as an agent and victim advocate of the Douglas County Sheriff,

    Defendants.

**ORDER GRANTING MOTION TO RESET SETTLEMENT CONFERENCE**

**THIS MATTER**, having come before the Court, the Court having received and reviewed the Motion to Reset Settlement Conference and the file, having considered said Motion to Reset Settlement Conference, and being fully advised in the premises, the Court hereby

**ORDERS** that the Motion to Reset Settlement Conference is granted.  The Settlement Conference scheduled for October 28, 2005 is hereby vacated.

**DATED** this _____ day of _____, 2005.

                         BY THE COURT:

                         Patricia A. Coan
                         Magistrate Judge