IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00128-WYD-PAC

REGINALD ROBINSON; and
NOORA KUUSIVUORI,

    Plaintiff(s),

v.

MICHAEL L. ACREE, in his official capacity as Douglas County Sheriff;
OFFICER SCOTT THOMAS, personally and in his capacity as an Officer of the Douglas County Sheriff's Office;
OFFICER DAN POTTER, personally and in his capacity as an Officer of the Douglas County Sheriff's Office;
SERGEANT CRAIG BRINKWORTH, personally and in his capacity as an Officer of the Douglas County Sheriff's Office;
JOHN DOE, personally and in his capacity as an agent and victim advocate of the Douglas County Sheriff,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Reset Settlement Conference [filed October 24, 2005] is **GRANTED** as follows:

    The Settlement Conference set for October 28, 2005 is *vacated and reset* to **December 2, 2005 at 1:30 p.m.** Confidential Settlement Statements are due on or before **November 28, 2005.** *Counsel and parties with full authority to settle must be present.*

Dated:  October 25, 2005