UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-D-128 (PAC)

REGINALD ROBINSON, et al.

    Plaintiffs,

v.

MICHEAL L. ACREE, et al.

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, through their undersigned counsel, hereby stipulate to the dismissal of the above action with prejudice, with each party bearing their respective attorneys fees and costs.  The parties further jointly move to vacate the settlement conference scheduled for December 2, 2005 at 1:30 p.m. and the pretrial set for March 17, 2006 at 3:00 p.m.

Date:  November 22, 2005

Respectfully submitted,

| _____ | _____ |
|---|---|
| Robert J. Corry, Jr. | Sonja S. McKenzie |
| 600 - 17th Street | Senter, Goldfarb & Rice, LLC |
| Suite 2800 South Tower | 1700 Broadway, Suite 1700 |
| Denver, Colorado 80202 | Denver, Colorado 80290 |
| 303-634-2244 | 303-320-0509 |
| Attorneys for Plaintiffs | Attorneys for Defendants |