# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-128-WYD-PAC

REGINALD ROBINSON, et al.

    Plaintiffs,

v.

MICHEAL L. ACREE, et al.

    Defendants.

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the parties' Stipulation of Dismissal with Prejudice, and being fully advised in the premises, hereby enters this Order dismissing the above-entitled action with prejudice, with the parties to bear their respective attorney fees and costs, and hereby vacates the settlement conference set for December 2, 2005 at 1:30 p.m. and the pretrial set for March 17, 2006 at 3:00 p.m.

    So ordered this ____ day of _____, 2005.

                                                _____
                                                U.S. District Court Judge