IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00128-WYD-PAC

REGINALD ROBINSON; and
NOORA KUUSIVUORI,

      Plaintiffs,

v.

MICHAEL L. ACREE, in his official capacity as DOUGLAS COUNTY SHERIFF; OFFICER SCOTT THOMS, personally and in his capacity as an Officer of the Douglas County Sheriff's Office; OFFICER DAN POTTER, personally and in his capacity as an Officer of the Douglas County Sheriff's Office; SERGEANT CRAIG BRINKWORTH, personally and in his capacity as an Officer of the Douglas County Sheriff's Office; JOHN DOE, personally and in his capacity as an agent and victim advocate of the Douglas County Sheriff,

      Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice (#27), filed December 7, 2005.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay his or her own costs and attorney's fees.

Dated:  December 9, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge